AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

MAY 29 2026 PM2:37
FILED-USDC-CT-NEW HAVEN

United States of America
v.

Nursulton Izzatulloevich Khaydarov,
aka Sayid Makhmudarov, aka Rustam Mavlonov,
aka Dmitri Aganin

*Defendant(s)*

Case No. 3:26MJ 630 (SDV)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 2025 - Present in the county of Hartford in the District of Connecticut, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 1343 | Wire fraud |
| 18 U.S.C. § 1957 | Monetary transactions |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Ryan Oates, which is expressly incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan Oates, FBI Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: 05/29/2026

*Judge's signature*

City and state: New Haven, Connecticut

Hon. S. Dave Vatti, U.S. Magistrate Judge

*Printed name and title*